BENJAMIN P. PLUMEAU, Appellant, v. ADRIENNE PLUMEAU, Respondent.— In an action for divorce, the plaintiff husband appeals from an order of the Supreme Court, Kings County, entered April 24, 1974, which granted defendant temporary alimony of $85 a week, child support of a total of $45 a week and a counsel fee of $750. Order modified by reducing the temporary alimony award to $55 a week. As so modified, order affirmed, without costs. Upon the present record the temporary alimony award of $85 a week was excessive to the extent indicated herein. In this case, a speedy trial is desirable. A prompt trial is the means to resolve claimed inequities in an award of temporary alimony (*Goldman* v. *Goldman*, 45 A D 2d 719). Cohalan, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.